## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

MARC PHELPS,              *
                           *

    Plaintiff,          *
                           *

       v.              *       CV 416-030
                           *

MONITRONICS INTERNATIONAL,   *
INC.,                  *

    Defendant.         *

---

## O R D E R

---

On March 3, 2016, the parties filed a joint stipulation of dismissal with prejudice. (Doc. 8.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claim against Defendant is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this _7th_ day of March, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA